P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1040 PA (VBKx) | Date | May 11, 2010 |
|---|---|---|---|
| Title | Sky Bird Travel & Tours, Inc. v. Jagmit Soni, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – ORDER TO SHOW CAUSE REGARDING DIVERSITY JURISDICTION

The Court has reviewed the Complaint filed by plaintiff Sky Bird Travel & Tours, Inc. ("Plaintiff") against defendants Jagmit Soni, Shahida Rafiq, Rana Rafiq, and SkyLink Travel Inc. ("Defendants"). Jurisdiction has been alleged to exist in part on the basis of diversity of citizenship.

Federal diversity jurisdiction requires that all parties to the action be citizens of different states. The party asserting diversity jurisdiction bears the burden of proof. See Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001). To invoke this Court's diversity jurisdiction, the complaint must allege complete diversity of citizenship between the parties and the amount in controversy must exceed $75,000. 28 U.S.C. § 1332. "Absent unusual circumstances, a party seeking to invoke diversity jurisdiction should be able to allege affirmatively the actual citizenship of the relevant parties." Kanter, 265 F.3d at 857; Bradford v. Mitchell Bros. Truck Lines, 217 F. Supp. 525, 527 (N.D. Cal. 1963). "To show state citizenship for diversity purposes under federal common law a party must (1) be a citizen of the United States, and (2) be domiciled in the state." Kantor v. Wellesley Galleries, Ltd., 704 F.2d 1088, 1090 (9th Cir. 1983).

Here, Plaintiff alleges that defendants Jagmit Soni, Shahida Rafiq, and Rana Rafiq are individuals "domiciled and residing in the County of Los Angeles in the State of California." (Complaint, ¶¶ 9-10.) However, Plaintiff does not affirmatively allege the citizenship of any of these defendants. Accordingly, Plaintiff is hereby ordered to show cause in writing why this Court should exercise diversity jurisdiction over this case. Plaintiff's response shall be filed by May 21, 2010. Failure to respond by that date may result in the dismissal of this action without prejudice and without further warning from the Court.

IT IS SO ORDERED.